**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

JOHN NOTTINGHAM                :

    Plaintiff                              :

      v.                                    :        Civil Action No. AW-06-2306

BILL NOTTINGHAM:

    Defendant                     ..o0o..

**MEMORANDUM**

    John Nottingham filed this pro se Complaint on September 5, 2006. Although the action was filed without the requisite civil filing fee or a motion to proceed in forma pauperis, the Court will grant Plaintiff in forma pauperis status for the purpose of preliminary review and will dismiss the Complaint without prejudice for failure to set forth any facts to support a cognizable claim.

    Federal district courts are required to screen complaints and dismiss any that are frivolous, malicious or fail to state a claim upon which relief may be granted. *See* 28 U.S.C. §1915(e)(2)(B). The liberal pleading requirements of Federal Rule of Civil Procedure 8(a) require only a "short and plain" statement of the claim. A complaint should not be dismissed for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6) unless it appears beyond all doubt that the plaintiff can prove no set of facts in support of the claim which entitle him to relief. *See Conley v. Gibson*, 355 U.S. 41, 45-46 (1957). In evaluating this claim, the Court must accept as true all well-pleaded allegations of fact and view them in the light most favorable to Plaintiff. *See Jenkins v. McKeithen,* 395 U.S. 411, 421-22 (1969).

    Where as here, Plaintiff is pro se litigant, the Court will accord the Complaint construction, holding it to less stringent standard than that drafted by an attorney. *See Gordon v. Leeke*, 574 F.2d

1147, 1151 (4th Cir.1978).  Liberal construction, however, does not mean that the Court can ignore a clear failure in the pleading to allege facts that set forth a claim cognizable in a federal district court. *See Weller v. Dep't of Social Services,* 901 F.2d 387, 390-91 (4th Cir. 1990).

    The instant complaint is impossible to discern.  Although Plaintiff appears to claim violations of his right to due process and "non-compliance with the Bill of Rights," he provides no factual allegations in support.  Accordingly, the Court will dismiss the Complaint without prejudice by separate Order.

Date: September 25, 2006                                                  /s/
                                                                 Alexander Williams, Jr.
                                                                 United States District Judge